No. 83–1664. BAIRD ET AL. v. BELLOTTI, ATTORNEY GENERAL OF MASSACHUSETTS, ET AL. C. A. 1st Cir. Certiorari denied.

No. 83–1666. TURNER v. MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–1676. SAUNDERS v. MARSH, SECRETARY OF THE ARMY. C. A. 4th Cir. Certiorari denied.

No. 83–1682. MARTIN STEEL CORP. ET AL. v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA (OWATONNA ELEVATOR CO. ET AL., REAL PARTIES IN INTEREST). C. A. 8th Cir. Certiorari denied.

No. 83–1686. EASTERN BANCORPORATION v. FORMER OFFICERS AND DIRECTORS OF EASTERN BANCORPORATION. C. A. 3d Cir. Certiorari denied.

No. 83–1761. CORWIN ET AL. v. LEHMAN, SECRETARY OF THE NAVY, ET AL. C. A. Fed. Cir. Certiorari denied.

No. 83–1768. THOMAS ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–1772. WOOLARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–1775. BECKER ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–1780. ZIMMERMAN v. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–1806. MCANLIS v. UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–1809. RHODES v. HOGAN. C. A. 6th Cir. Certiorari denied.

No. 83–1824. JENNINGS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.